# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142872 & (62)(66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                           SC: 142872
                           COA: 294195

LOUIS BARRY CURRIN,
              Saginaw CC: 07-029211-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and motion for appointment of counsel are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

d0620